KATHRYN KENEALLY
Assistant Attorney General

LINDSAY L. CLAYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044-0683
Tel.:    202.307.2956
Fax:    202.307.0054
lindsay.l.clayton@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney
*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| QUALITY LOAN SERVICE CORP., ) | |
| ) | Case No. 2:13-cv-2176-APG-CWH |
| Plaintiff, ) | |
| ) | |
| v. ) | JOINT STIPULATION AND MOTION |
| ) | TO DISMISS |
| FRANCES L. GUINN, ) | |
| MERS/GMAC MORTGAGE, LLC., ) | |
| UNITED STATES OF AMERICA – ) | |
| INTERNAL REVENUE SERVICE, ) | |
| CITY OF LAS VEGAS SEWER, ) | |
| ALL CLAIMANTS TO SURPLUS FUNDS ) | |
| after trustee's sale of real property located at ) | |
| 245 Logansberry Lane, Las Vegas, Las Vegas ) | |
| City, NV 89145-4739, and ) | |
| DOES 1 THROUGH 50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

     The United States of America – Internal Revenue Service and Quality Loan Service

Corp. hereby stipulate and agree that the Complaint [Dckt. #1-2] shall be dismissed under Fed.

R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs and fees. In addition, Quality Loan Service Corp. hereby voluntarily dismisses its Complaint as to Frances L. Guinn, MERS/GMAC Mortgage LLC, City of Las Vegas Sewer, All Claimants to Surplus Funds, and Does 1 through 50, inclusive, under Fed. R. Civ. P. 41(a)(1)(A)(i).

WHEREFORE this case should be, and hereby is, dismissed under Fed. R. Civ. P. 41(a)(1).

Dated: February 12, 2014

KATHRYN KENEALLY
Assistant Attorney General

| | |
|---|---|
| */s/ Lindsay L. Clayton* | */s/ Kristin A. Shuler-Hintz* |
| LINDSAY L. CLAYTON | THOMAS J. HOLTHUS |
| Trial Attorney, Tax Division | KRISTIN A. SHULER-HINTZ |
| U.S. Department of Justice | McCarthy & Holthus, LLP |
| P.O. Box 683 | 9510 West Sahara Ave., Suite 200 |
| Ben Franklin Station | Las Vegas, NV 89117 |
| Washington, DC 20044-0683 | Tel.:    702.685.0329 |
| Tel.:    202.307.2956 | Fax:    866.339.5691 |
| Fax:    202.307.0054 | |
| lindsay.l.clayton@usdoj.gov | *Counsel for Quality Loan Service Corp.* |

Of Counsel:
DANIEL BOGDEN
United States Attorney

*Counsel for the United States*

IT IS SO ORDERED.

Dated: __February 12, 2014__       _____
                                   UNITED STATES DISTRICT JUDGE